**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**DEANDRE ANDERSON**                          **CIVIL ACTION NO. 19-0120**

                                                           **SECTION P**
**VS.**
                                                           **JUDGE TERRY A. DOUGHTY**

**OFFICER GREEN**                                **MAG. JUDGE KAREN L. HAYES**

## <u>JUDGMENT</u>

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff DeAndre Anderson's Complaint, [doc. # 1], is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 25th  day of July, 2019.


Terry A. Doughty
United States District Judge